

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2022

No. 04-22-00594-CR

**EX PARTE** Jorge Ramos **PALOS**,

From the County Court, Kinney County, Texas
Trial Court No. 10384CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due December 30, 2022. Further motions for extension of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court